**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 980 MAL 2015
:
              Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
         v. :
:
:
ROBERT J. KEARNS, :
:
              Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of May, 2016, the Petition for Allowance of Appeal is

**DENIED**.